256 So.2d 442

### Lillie KNIGHTEN

**v.**

### Henry RUFFIN et al.

### No. 52086.

### Jan. 27, 1972.

In re: All State Finance Corporation applying for certiorari or writ of review to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 255 So.2d 388.

Writ denied. The result is correct. See also C.C.P. Art. 2893, and writ refusal in Knighten v. Ruffin, 260 La. 399, 256 So. 288.

SUMMERS, J., is of the opinion the application should be granted.

■

256 So.2d 443

### STATE of Louisiana ex rel. Nolan MOTT

**v.**

### C. Murray HENDERSON, Warden, Louisiana State Penitentiary.

### No. 52091.

### Jan. 27, 1972.

In re: Nolan Mott applying for writ of habeas corpus.

Writ refused. The showing made is insufficient to warrant the exercise of our original or supervisory jurisdiction.